UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | |
|---|---|
| Roy Dolittle | Case No.: 11 B 06788 |
| | Chapter: 13 |
| Debtor(s) | Judge Susan Pierson Sonderby |

## NOTICE OF POST PETITION OBLIGATIONS DUE

**TO:** Tom Vaughn, Chapter 13 Trustee, 55 E. Monroe, Suite 3850, Chicago, IL 60603
Roy Dolittle, Debtor(s), 22405 Lakeshore Dr, Richton Park, IL 60471
Anita Khackikyan, Attorney for Debtor(s), 233 S. Wacker Dr., Ste. 5150, Chicago, IL 60606

    You are hereby notified that debtor(s) is(are) due to BANK OF AMERICA, N.A. for the contractual mortgage payment due 05/01/2011.  As of the 05/01/2012 Trustee's Notice of Final Mortgage Cure, Debtor owes for the 05/01/2011 through 05/01/2012 post-petition mortgage payments, with the 06/01/2012 coming due.  The current mortgage payment amount due each month is $1,527.21. As Debtor has failed to maintain post-petition payments, the current provision of the plan regarding reinstatement do not apply and any outstanding pre-petition amounts also remain due.

    Pursuant to the terms of the confirmed plan, if no challenge to these advances is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this notice or by 06/25/2012, BANK OF AMERICA, N.A.'s rights to collect these amounts will remain unaffected.

## PROOF OF SERVICE

    The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on  May 24, 2012.

                                                                                           /s/ Gloria Tsotsos
                                                                             Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
Cari A. Kauffman ARDC#6301778
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-12-14329)**

NOTE: This law firm is deemed to be a debt collector.